FILED

JAN 0 4 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Respondent, vs. ANDREW LUCERO, Defendant-Movant. | Case No. CR 03-27-BLG-SPW-03 ORDER |

Andrew Lucero, Defendant-Movant in the above-entitled action, having filed an unopposed motion for permission to provide sealed document to defendant-movant (Doc. 281) and good cause appearing;

IT IS HEREBY ORDERED that counsel for Mr. Lucero may provide sealed document #279, (Government's Answer), to Defendant-Movant.

DATED this 3rd day of January, 2018.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1